175 A.3d 155

JOHN DOE AND JANE DOE, PLAINTIFFS-PETITIONERS, v. HOPEWELL VALLEY REGIONAL SCHOOL DISTRICT BOARD OF EDUCATION, A CORPORATE BODY IN THE COUNTY OF MERCER, AND MATTHEW HOFFMAN, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS AN EMPLOYEE OF THE HOPEWELL VALLEY BOARD OF EDUCATION, DEFENDANTS-RESPONDENTS.

C–236 September Term 2017
079514

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000142–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.